# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dominique J. Connell,

      Plaintiff,

v.

**ORDER**
Civil File No. 10-3133 (MJD/FLN)

Bank of America, Wells Fargo Bank, N.A., BAC Home Loans, LP,

      Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated November 18, 2010. [Docket No. 34] Plaintiff Connell filed objections to the Report and Recommendation. [Docket No. 35] Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record, including all transcripts filed and exhibits submitted to the Court. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation.

Additionally, this Court notes that many other courts have dismissed claims similar to Plaintiff's as frivolous. <u>Hennis v. Trustmark Bank</u>, No. 2:10cv20-KS-MTP, 2010 WL 1904860, at *5 (S.D. Miss. May 10, 2010) ("From coast

1

to coast, claims that debts have been paid under the redemption theory by the plaintiffs' issuance of "bills of exchange" have been dismissed as frivolous.").

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated November 18, 2010 [Docket No. 34].

2. Defendant Bank of America's Motion to Dismiss [Docket No. 3] is **GRANTED**.

3. The action is **DISMISSED without prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 13, 2010            s/ Michael J. Davis
                                     Michael J. Davis
                                     Chief Judge
                                     United States District Court